# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorman, Mary P. | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

600 East Monroe Street #234
Springfield, Illinois
62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Trust #1. Brother-in-law is settlor. Sole beneficiaries are my sister, nieces and nephews. |
| 2. | Trustee | ▨ Trust #2. Brother-in-law is settlor. Sole beneficiaries are my sister, nieces and nephews. |
| 3. | Board member and treasurer | ▨ Homeowners Association, ▨ Illinois. Non-profit corporation. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. M. Hogan Trust #1 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 2. M. Hogan Trust #1 - Whole life policy with Gen. Amer. Life | | None | K | T | | | | | |
| 3. M. Hogan Trust #2 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 4. M. Hogan Trust #2 - Whole life. policy with Gen Amer. Life | | None | N | T | | | | | |
| 5. Whole life ins. Policy with Northwestern Mutual Life Ins. | | None | K | T | | | | | |
| 6. Advisors Inner Circle Cambiar Oppty Fd. (CAMWX) | A | Dividend | | | Sold | 01/28/14 | J | D | |
| 7. American Funds Inc New CL F-1 (NWFFX) | A | Dividend | | | Sold | 08/25/14 | J | A | |
| 8. AMG Funds Timessquare Mid Cap Gr. f/k/a Mgrs Fd Mid Cap Gr (TMDPX) | A | Dividend | K | T | | | | | |
| 9. Artisan Partners Fds Small Cap Fd. (ARTSX) | A | Dividend | J | T | | | | | |
| 10. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 11. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 12. | | | | | Sold (part) | 09/15/14 | J | A | |
| 13. Blackrock Funds Core Bond (BFMCX) | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 14. Blackrock Funds Emerging Market Long Short Equity Fd. (BLSIX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 15. | | | | | Sold (part) | 05/20/14 | J | A | |
| 16. Blackrock Global Alloc Instit. (MALOX) | B | Dividend | K | T | Buy | 01/29/14 | K | | |
| 17. Delaware Group Adviser FDS Inc US Growth Fd. (DEUIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 01/28/14 | J | B | |
| 19. Delaware Group Equity FDS II Value Fd. (DDVIX) | A | Dividend | J | T | | | | | |
| 20. | | | | | Sold (part) | 01/28/14 | K | C | |
| 21. | | | | | Buy (add'l) | 01/28/14 | K | | |
| 22. Dreyfus Appreciation Fd. (DGAGX) | B | Dividend | | | Sold | 01/28/14 | K | A | |
| 23. Dreyfus Intl. Fds. Emerging Mkts. Fd. (DRPEX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 24. | | | | | Sold (part) | 09/15/14 | J | A | |
| 25. Eagle Small Cap Growth Fd. (HRSCX) | A | Dividend | | | Sold | 01/28/14 | J | C | |
| 26. First Eagle Funds Global Fd. (SGIIX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 27. First Eagle Funds Sogen Overseas Fd. (SGOIX) | A | Dividend | J | T | | | | | |
| 28. | | | | | Sold (part) | 01/28/14 | J | B | |
| 29. Forward Funds Tactical Growth Fd. (FTGMX) | A | Dividend | K | T | Buy | 01/29/14 | K | | |
| 30. Goldman Sachs Dynamic Allocation Fd. (GDIFX) | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 31. Goldman Sachs Finl Square Tax Free Money Mkt (FTXXX) | A | Dividend | J | T | Buy | 08/25/14 | J | | |
| 32. Goldman Sachs Finl Square Treas Instrs Fd. (FTIXX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 33. Harbor Cap. Apprec Fd. (HACAX) | A | Dividend | J | T | | | | | |
| 34. | | | | | Sold (part) | 08/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 36. | | | | | Sold (part) | 01/28/14 | K | B | |
| 37. Harris Assoc. Invt. Tr. Oakmark Intl. Fd. (OAKIX) | A | Dividend | J | T | Buy | 01/29/14 | K | | |
| 38. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 39. Heartland Group Value Plus Fd. (HNVIX) | B | Dividend | J | T | Buy | 01/29/14 | K | | |
| 40. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | A | Dividend | J | T | | | | | |
| 41. | | | | | Sold (part) | 01/28/14 | J | C | |
| 42. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 43. Invesco Global Real Estate Fd. (ARGYX) | A | Dividend | J | T | | | | | |
| 44. | | | | | Sold (part) | 01/28/14 | J | B | |
| 45. Inv Mgrs Ser Tr Oak Ridge Small Cp Gr Fd f/k/a Pioneer Oak (ORIYX) | A | Dividend | J | T | | | | | |
| 46. Ivy Funds Asset Strategy Fd. (IVAEX) | C | Dividend | K | T | Buy | 01/29/14 | K | | |
| 47. Janus Invt. Fd. Flexible Bond Fd. (JFLEX) | A | Dividend | K | T | Buy | 01/29/14 | K | | |
| 48. John Hancock Classic Value Fund (JCVIX) | A | Dividend | J | T | | | | | |
| 49. | | | | | Sold (part) | 01/28/14 | J | B | |
| 50. | | | | | Sold (part) | 08/25/14 | J | A | |
| 51. John Hancock Funds Absolute Return Currency (JCUIX) | A | Dividend | J | T | Buy | 05/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 53. JP Morgan/Chase - Checking account | | None | L | T | | | | | |
| 54. JP Morgan/Chase - Money market account | A | Interest | K | T | | | | | |
| 55. JP Morgan US Large Cap Core Plus Fd. (JLPSX) | B | Dividend | K | T | Buy | 01/29/14 | K | | |
| 56. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 57. Keely Funds Small Cap Value Fd. (KSCIX) | A | Dividend | | | Sold | 01/28/14 | J | B | |
| 58. Kinetics Mut Fds Inc. Paradigm Fd. (KNPYX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 59. | | | | | Sold (part) | 05/06/14 | J | A | |
| 60. Lazard Fds Emerging Mkts. (LZEMX) | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 61. Mainstay Funds Marketfield Fd. (MFLDX) | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 62. Morgan Stanley Instl. Fund Mid Cap (MPEGX) | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 63. Nationwide Mut. Fds New Geneva Midcap Growth Fd. (NWHYX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 64. Natixis Fds. ASG Managed Futures Strat. Fd. (ASFYX) | A | Dividend | K | T | Buy | 01/29/14 | J | | |
| 65. Neuberger Berman Alternative Funds Long Short Fd. (NLSIX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 66. Oppenheimer Dev. Mkts. Fd. (ODVYX) | A | Dividend | J | T | | | | | |
| 67. | | | | | Sold (part) | 01/28/14 | J | A | |
| 68. | | | | | Buy (add'l) | 01/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 70. | | | | | Sold (part) | 09/15/14 | J | A | |
| 71. Oppenheimer Intl. Growth Fd. (OIGYX) | A | Dividend | J | T | | | | | |
| 72. Oppenheimer Global Fd. (OGLYX) | A | Dividend | K | T | Buy | 01/29/14 | J | | |
| 73. | | | | | Sold (part) | 05/06/14 | J | A | |
| 74. Pimco All Asset Fd. (PAAIX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 75. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 76. Pimco Commod. Real Return Strat Fd (PCRIX) | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 77. Pimco Funds Pacific Investment (PCRIX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 78. | | | | | Sold (part) | 09/15/14 | J | A | |
| 79. Pioneer Fd. CK-Y (PYODX) | B | Dividend | J | T | | | | | |
| 80. Putnam Absolute Return (PDMYX) | A | Dividend | J | T | Buy | 01/29/14 | K | | |
| 81. Russell Invt. Co. Global Equity Fd. (RGESX) | B | Dividend | K | T | | | | | |
| 82. Russell Invt. Co. Global Infrastructure Fd. (RGISX) | A | Dividend | J | T | | | | | |
| 83. Russell Invt. Co. Commodity Strat. Fd. (RCCSX) | A | Dividend | K | T | | | | | |
| 84. Russell Invt. Co. Global Opp. Fd. (RGCSX) | A | Dividend | J | T | | | | | |
| 85. Russell Invt. Co. Emerging Mkts. Fd. (REMSX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Russell Invt. Co. Global Real Estate Fd. (RRESX) | A | Dividend | J | T | | | | | |
| 87. Russell Invt. Co. Intl. Develpd Mkts Fd. (RINTX) | B | Dividend | L | T | | | | | |
| 88. Russell Invt. Co. Multi- Strategy Fd. (RMSSX) | A | Dividend | J | T | | | | | |
| 89. Russell Invt. Co. Strategic Bond Fd. (RFCTX) | A | Dividend | K | T | | | | | |
| 90. Russell Invt. Co. US Small Cap Equity Fd. (RLESX) | B | Dividend | K | T | | | | | |
| 91. Russell Invt. Co. US Strat. Eq. Fd. (RSESX) | C | Dividend | L | T | | | | | |
| 92. Security Equity Mid Cap Value Fund (SEVAX) | B | Dividend | | | Sold | 01/28/14 | K | B | |
| 93. T. Rowe Price Real Estate Fd. (TRREX) | A | Dividend | J | T | Buy | 01/29/14 | J | | |
| 94. TCW Funds Relative Value Large Cap (TGDIX) | A | Dividend | J | T | Buy | 01/28/14 | J | | |
| 95. | | | | | Buy (add'l) | 01/29/14 | K | | |
| 96. | | | | | Sold (part) | 09/15/14 | J | A | |
| 97. Touchstone Large Cap Growth Fund (TIQIX) | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 98. Victory Portfolios Small Co Oppty Fd. (VSOIX) | A | Dividend | J | T | | | | | |
| 99. | | | | | Sold (part) | 01/28/14 | J | A | |
| 100. Wells Fargo Fds Asset Allocation Fd. (EAAIX) | A | Dividend | K | T | Buy | 01/29/14 | K | | |
| 101. Wells Fargo Emerging Growth Fd. (WEMIX) | A | Dividend | K | T | | | | | |
| 102. | | | | | Sold (part) | 01/28/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wells Fargo Fds Emerging Mkts Equity Fund (EMGNX) | A | Dividend | J | T | Buy | 08/26/14 | J | | |
| 104. WFA Absolute Return Fund (WARCX) | A | Dividend | K | T | Buy | 01/27/14 | K | | |
| 105. William Blair Funds Intl. Growth Fd. (BIGIX) | A | Dividend | J | T | | | | | |
| 106. | | | | | Sold (part) | 01/28/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544